FILED

November 15, 2016

Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| CHARLES N. DRAPER, | § | |
| | § | |
| *Appellant, Pro Se* | § | CAUSE NO.  03-16-00745-CV |
| | § | |
| V. | § | IN THE THIRD COURT |
| | § | |
| | § | OF APPEALS |
| GREG GUERNSEY, | § | |
| IN HIS CAPACITY AS DIRECTOR OF | § | at Austin, Texas |
| PLANNING AND DEVELOPMENT | § | |
| WATERSHED PROTECTION | § | |
| REVIEW DEPARTMENT, | § | |
| AND CITY OF AUSTIN | § | |
| | § | |
| *Appellee.* | § | |
| | § | |
| | § | |

## TRIAL COURT PAST-DUE NOTICE
## FINDING OF FACTS AND CONCULSION OF LAW, and
## NOTICE OF APPELLANT'S BRIEF

**Appellant, *Pro Se*:**

Charles N. Draper
160 Maeves Way
Austin, Texas 78737
Phone: (512) 699-2199
Email: cd@tejasland.com

**Appellee:**

*Greg Guernsey, in his Capacity*
*Director of Planning and*
*Development, Watershed*
*Protection Review Department,*
*and City of Austin*

Andralee Cain Lloyd,
Law Department,
Assistant City Attorney
City Hall, 301 West 2nd Street
PO Box 1088, Austin TX 78767-1088
Phone: (512) 974-2918
Fax: (512) 974-1311



RECEIVED

NOV 1 5 2016

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## PAST-DUE NOTICE
## FINDING OF FACTS AND CONCULSION OF LAW

On November 15th, 2016, appellant notified the District Court of their failure to timely comply with **CPRC Rules §297**, Finding of Facts and Conclusions of Law.

Justice Karin Crump's letter dated October 18th, 2016 response was; "Finding of Facts Conclusion of Law are neither required nor appropriate following summary judgment ruling; therefore, the Court respectfully denies *Plaintiff's Request for Finding of Fact and Conclusion of Law*".

Under **TRCP § 299**, Refusal of the Court to make a finding of fact requested shall be reviewable on appeal. "Harm to the complaining party is presumed unless the contrary appears in the face of the record when the party makes a proper and timely request for findings, and the trial court fails to comply. Error is harmful if it prevents an appellant from properly presenting a case to the appellant court." *Tenery v. Tenery*, 932 S.W. 2d 29, 30 (Tex. 1996)

*Past-Due Notice of Findings of Facts and Conclusions of Law* were filed November 15th, 2016 and recorded with Travis County District Court . A certified copy was sent to Defendants.

## JUSTICE CRUMP'S LETTER

On October 28th, 2016, Honorable Judge Karin Crump in the 419th District Court issued a letter, denying appellant's request for finding of facts and conclusions of law.

Justice Crump erred and should not have denied appellant's motion as a rule of law. The result of Justice Crump refusal; the Courts forfeits their plenary powers, under **TRCP § 329b**.

Any order that interferes with or impairs the effectiveness of the relief sought may be granted an appeal, **TRAP Rule §24.4.** .

<u>NOTICE:</u>  APPEALLENT BRIEF

Under **TRAP §25.1 §26.1 §32.1**, Appellant will submit *Appellant's Brief* a within

90 days from *Notice of Appeal and Request for Findings of Fact and Conclusions of Law*;

pending any additional Court' findings of facts or conclusions of law.

## CONCLUSION

Charles Draper, appellant, asks the Appellate Court to amend the orders to include

permission to appeal the orders. Copies of the orders, and letters are attached as **Exhibits.**

*Notice of Appeal and Request for Findings of Fact and Conclusions of Law* were filed

on October 24th, 2016. Under **CPRC Rules §297**, The Court has 40 days from the original

request to respond to Plaintiff's Notice of Findings of Fact and Conclusions of Law.

## PRAYER

For these reasons, Appellant, Charles Draper asks the Court to sign an order granting

Charles Draper permission to appeal orders, and letters issued October 18th, 2016 and

October 28th, 2016 by Justice Karin Crump and review all pending maters.

Respectfully submitted,

Charles N. Draper
Appellant
160 Maeves Way
Austin, Texas 78737
Phone: 512.699.2199
Email: cd@tejasland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15th, 2016, a true and correct copy of the foregoing;
*Appellant's Past-Due Notice for Finding of Facts and Conclusions of Law, and Appellant's Brief* was sent by
certified mail, return receipt request to Andralee Cain Lloyd, *Austin Law Department*, City Hall, 301 West 2nd
Street. P.O. Box 1088, Austin, Texas 78767-1088
**Appellee:**
Andralee Cain Lloyd,
Assistant City Attorney, Law Department, City of Austin
City Hall, 301 West 2nd Street
P.O. Box 1088
Austin, Texas 78767-1088
(512) 974-2918

7016 1970 0000 4747 4953

For delivery information, visit our website at www.usps.com®.

AUSTIN TX 78767

OFFICIAL USE

| Certified Mail Fee | $3.30 |
| --- | --- |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)   $ _____ $0.00
☐ Return Receipt (electronic)   $ _____ $0.00
☐ Certified Mail Restricted Delivery   $ _____ $0.00
☐ Adult Signature Required   $ _____ $0.00
☐ Adult Signature Restricted Delivery $ _____

$2.70

| Postage | $0.89 |
| --- | --- |
| $ | |
| Total Postage and Fees | $6.89 |
| $ | |

0130
7

USTIN DOWNTOWN STATION
Postmark Here
NOV 15 2016
AUSTIN TX

Sent To _Andrulee Cain Lloyd_ _City of Austin_
Street and Apt. No., or PO Box No. _PO Box 1088_
City, State, ZIP+4 _Austin TX 78767 - 1088_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

(Weight:0.0042.30 oz)
(Expected Delivery Day)
(Thursday 10/17/2016)

Certified    1    $3.30
(USPS Certified Mail #)
(70161970000047474953)

Return    1    $2.70
Receipt
(USPS Return Receipt #)
(9590940221746193613924)

Total          $6.89

Credit Card Remitd     $6.89
(Card Name:VISA)
(Account #:XXXXXXXXXXXX4200)
(Approval #:031614)
(Transaction #:161)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes
*************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

# Exhibits



VASU BEHARA
Staff Attorney
(512) 854-9903

JAMIE K. FOLEY
Official Reporter
(512) 854-9321

**JUDGE KARIN CRUMP
250TH DISTRICT COURT**
HEMAN MARION SWEATT
TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
(512) 854-9312
(512) 854-2469 (FAX)

GRACE MCGEE
Court Operations Officer
(512) 854-4807

IFRAIN "FINO" ALANIZ
Court Clerk
(512) 854-5800

October 28, 2016

Mr. Charles N. Draper
160 Maeves Way
Austin, Texas 78737
*VIA ELECTRONIC MAIL:*
*cd@tejasland.com*

Ms. Andralee Cain Lloyd
Assistant City Attorney
City of Austin-Law Department
P.O. Box 1088
Austin, Texas 78767-1088
*VIA ELECTRONIC MAIL*
*andralee.lloyd@austintexas.gov*

Re:  Cause No. D-1-GN-13-000778; *CHARLES N. DRAPER V. GREG GUERNSEY, IN HIS CAPACITY AS DIRECTOR OF PLANNING AND DEVELOPMENT WATERSHED PROTECTION REVIEW DEPARTMENT, ET AL.;* in the 419th District, Travis County, Texas.

Dear Mr. Draper:

I have received Plaintiff's Request for Findings of Fact and Conclusions of Law relating to the Court's Order Granting Defendants' Traditional and No-Evidence Motion for Summary Judgment, signed by this Court on October 18, 2016 (the "Order") following a non-evidentiary hearing on October 11, 2016. Findings of Fact and Conclusions of Law are neither required nor appropriate following a summary judgment ruling; therefore, the Court respectfully denies Plaintiff's Request for Findings of Fact and Conclusions of Law.

Sincerely,

Karin Crump
Judge, 250th District Court
Travis County, Texas

Original: Velva L. Price, District Clerk



004869584

NO. D-1-GN-13-000778

| | | |
|---|---|---|
| CHARLES N. DRAPER | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| GREG GUERNSEY, IN HIS CAPACITY | § | |
| AS DIRECTOR OF PLANNING AND | § | |
| DEVELOPMENT WATERSHED | § | |
| PROTECTION REVIEW DEPARTMENT | § | |
| AND CITY OF AUSTIN, | § | |
| Defendants. | § | 419TH JUDICIAL DISTRICT |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

On October 11, 2016, the Court considered Defendant's First Amended Traditional and No-Evidence Motion for Summary Judgment and Defendants' Motion to Strike Plaintiff's Evidence. Plaintiff appeared representing himself Pro Se and Defendants appeared through their counsel of record. After reviewing the pleadings on file, Defendants' motions and any responses thereto, the evidence presented, and arguments of the parties, the Court is of the opinion that Defendant's Motion to Strike Plaintiff's Evidence should be DENIED and Defendant's First Amended Traditional and No-Evidence Motion for Summary Judgment should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Strike Plaintiff's Evidence is DENIED.

IT IS FURTHER ORDERED that Defendants' First Amended Traditional and No-Evidence Motion for Summary Judgment is GRANTED. Accordingly, Plaintiff's lawsuit against Defendants is DISMISSED with prejudice to re-filing and all relief requested against Defendants is DENIED.

This Order disposes of all parties and all claims pending before the Court. It is, therefore, a final and appealable judgment.

SIGNED this October _18th_, 2016

_____
JUDGE PRESIDING
KARIN CRUMP

IN THE DISTRICT COURT OF
TRAVIS COUNTY, TEXAS
419th JUDICIAL DISTRICT

| | | |
|---|---|---|
| CHARLES N. DRAPER, | § | |
| | § | |
| Plaintiff, *Pro Se* | § | |
| | § | |
| V. | § | CAUSE NO. D-1GN-13-000778 |
| | § | |
| GREG GUERNSEY, | § | |
| IN HIS CAPACITY AS DIRECTOR OF | § | |
| PLANNING AND DEVELOPMENT | § | |
| WATERSHED PROTECTION | § | |
| REVIEW DEPARTMENT, | § | |
| AND CITY OF AUSTIN | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF PAST-DUE
## FINDINGS OF FACT & CONCULSION OF LAW

Plaintiff, Charles Draper, gives the Court notice that its findings of fact and conclusions of

law are past-due and ask the Court to file findings of fact and conclusions of law.

## INTRODUCTION

1). Plaintiff, Charles Draper, sued defendants, *Greg Guernsey, et al*, for fraudulent

misrepresentations, violation plaintiff's constitutional-vested-rights, under **Texas**

**Constitution, Article 1, §17 (a), (160), (161),** additional torts on March of 2013.

2). The honorable Justice Karin Crump's Court signed attached judgment on October 18th, 2016.

## FIRST REQUEST

3). Plaintiff, Charles Draper ask the Court to file findings of fact and conclusions of law and

require the court clerk to mail copies to all parties as requested on October 24th, 2016 under

**CRCP Rule §297.**

4). Plaintiff request was past-due 20 days after request was filed, CRCP Rule §297.

Filed in The District Court
of Travis County, Texas

NOV 15 2016

At ____12:56p____ M.
Velva L. Price, District Clerk

# TRIAL COURT RESPONSE

5). The Honorable Justice Karin Crump's letter on October 18th, 2016 response was; "Finding of Facts Conclusion of Law are neither required nor appropriate following summary judgment ruling; therefore, the Court respectfully denies *Plaintiff's Request for Finding of Fact and Conclusion of Law*".

6). **TRCP § 299**, Refusal of the Court to make a finding of fact requested shall be reviewable on appeal. "Harm to the complaining party is presumed unless the contrary appears n the face of the record when the party makes a proper and timely request for findings, and the trial court fails to comply. Error is harmful if it prevents an appellant from properly presenting a case to the appellant court." *Tenery v. Tenery*, 932 S.W. 2d 29, 30 (Tex. 1996)

Respectfully submitted,

Charles N. Draper
160 Maeves Way
Austin, Texas 78737
Phone: 512.699.2199
Email: cd@tejasland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2016, a true and correct copy of the foregoing *Plaintiff's Past-due Notice for Finding of Fact & Conclusions of Law* was sent by certified mail, return receipt request to Andralee Cain Lloyd, *Austin Law Department*, City Hall, 301 West 2nd Street. P.O. Box 1088, Austin, Texas 78767-1088

Andralee Cain Lloyd, Assistant City Attorney
Law Department
City of Austin
City Hall, 301 West 2nd Street
P.O. Box 1088
Austin, Texas 78767-1088
(512) 974-2918
Fax: (512) 974-2918



Filed in The District Court
of Travis County, Texas

**OCT 2 8 2016**

At _____ P.M.
Velva L. Price, District Clerk

VASU BEHARA
Staff Attorney
(512) 854-9903

JAMIE K. FOLEY
Official Reporter
(512) 854-9321

**JUDGE KARIN CRUMP**
**250TH DISTRICT COURT**
HEMAN MARION SWEATT
TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
(512) 854-9312
(512) 854-2469 (FAX)

GRACE MCGEE
Court Operations Officer
(512) 854-4807

IFRAIN "FINO" ALANIZ
Court Clerk
(512) 854-5800

October 28, 2016

Mr. Charles N. Draper
160 Maeves Way
Austin, Texas 78737
*VIA ELECTRONIC MAIL:*
*cd@tejasland.com*

Ms. Andralee Cain Lloyd
Assistant City Attorney
City of Austin-Law Department
P.O. Box 1088
Austin, Texas 78767-1088
*VIA ELECTRONIC MAIL*
*andralee.lloyd@austintexas.gov*

Re:  Cause No. D-1-GN-13-000778; *CHARLES N. DRAPER V. GREG GUERNSEY,
IN HIS CAPACITY AS DIRECTOR OF PLANNING AND DEVELOPMENT
WATERSHED PROTECTION REVIEW DEPARTMENT, ET AL.*; in the 419th
District, Travis County, Texas.

Dear Mr. Draper:

I have received Plaintiff's Request for Findings of Fact and Conclusions of Law relating
to the Court's Order Granting Defendants' Traditional and No-Evidence Motion for Summary
Judgment, signed by this Court on October 18, 2016 (the "Order") following a non-evidentiary
hearing on October 11, 2016. Findings of Fact and Conclusions of Law are neither required nor
appropriate following a summary judgment ruling; therefore, the Court respectfully denies
Plaintiff's Request for Findings of Fact and Conclusions of Law.

Sincerely,

Karin Crump
Judge, 250th District Court
Travis County, Texas

Original:  Velva L. Price, District Clerk



004869584



NO. D-1-GN-13-000778

Filed In The District Court
of Travis County, Texas

OCT 18 2016

At_____4:12_____P.M.
Velva L. Price, District Clerk

| | | |
|---|---|---|
| CHARLES N. DRAPER | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| GREG GUERNSEY, IN HIS CAPACITY | § | |
| AS DIRECTOR OF PLANNING AND | § | |
| DEVELOPMENT WATERSHED | § | |
| PROTECTION REVIEW DEPARTMENT | § | |
| AND CITY OF AUSTIN, | § | |
| Defendants. | § | 419TH JUDICIAL DISTRICT |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

On October 11, 2016, the Court considered Defendant's First Amended Traditional and No-Evidence Motion for Summary Judgment and Defendants' Motion to Strike Plaintiff's Evidence. Plaintiff appeared representing himself Pro Se and Defendants appeared through their counsel of record. After reviewing the pleadings on file, Defendants' motions and any responses thereto, the evidence presented, and arguments of the parties, the Court is of the opinion that Defendant's Motion to Strike Plaintiff's Evidence should be DENIED and Defendant's First Amended Traditional and No-Evidence Motion for Summary Judgment should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Strike Plaintiff's Evidence is DENIED.

IT IS FURTHER ORDERED that Defendants' First Amended Traditional and No-Evidence Motion for Summary Judgment is GRANTED. Accordingly, Plaintiff's lawsuit against Defendants is DISMISSED with prejudice to re-filing and all relief requested against Defendants is DENIED.

This Order disposes of all parties and all claims pending before the Court. It is, therefore, a final and appealable judgment.

SIGNED this October 18th, 2016

_____
JUDGE PRESIDING
KARIN CRUMP